# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EDWARD GEORGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BIOMET, INC., *et al.*,<br><br>　　　　Defendants. | 2:18-cv-02394-APG-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Joint Status Report (ECF NO. 174).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Status Report (ECF NO. 174) is scheduled for 11:00 AM, February 11, 2019, in Courtroom 3D.

DATED this 24th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE