# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| EDWARD GEORGE, | Case No.: 2:18-cv-02394-APG-VCF |
|---|---|
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| BIOMET, INC., et al., | |
| Defendants | |

On January 23, 2020, the parties advised the court that this case had settled. ECF No. 202. Several months have passed and the parties have not filed a stipulation of dismissal.

IT IS THEREFORE ORDERED that by June 19, 2020, the parties shall file either a stipulation of dismissal or a status report. The failure to do so may result in dismissal of this case without further notice.

DATED this 1st day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE