# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD GEORGE,<br><br>    Plaintiff<br><br>v.<br><br>BIOMET INC., et al.,<br><br>    Defendants | Case No.: 2:18-cv-02394-APG-VCF<br><br>**Order Administratively Closing Case** |

The parties have settled this case. ECF Nos. 202, 206. They filed a stipulation to extend the deadline to file a stipulation of dismissal until February 26, 2021 to allow time for the settlement payment to be made. ECF No. 206. I decline to extend the deadline and instead I will administratively close this case. If the settlement is not completed in full as contemplated, any party may move to reopen the case.

I THEREFORE ORDER the clerk of court is instructed to administratively close this case.

DATED this 23rd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE