# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD GEORGE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC and BIOMET MANUFACTURING, LLC,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-02394-APG-VCF<br><br>Honorable Andrew P. Gordon<br>Magistrate Judge Cam Ferenbach<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　　April 16, 2015<br>Date Transferred:　December 19, 2018 |

US.132167480.01

Having considered Plaintiff Edward George and Defendants Biomet Orthopedics, LLC; Biomet U.S., Reconstruction, LLC; and Biomet, Inc.'s Stipulation of Dismissal With Prejudice, this Court **HEREBY GRANTS** the stipulation and dismisses this case, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
HON. ANDREW P. GORDON
United States District Judge